JOSEPHINE DONOVAN, Respondent, *v.* BROOKLYN BUS CORPORATION, Appellant, Impleaded with Another.

(Submitted October 16, 1935; decided November 19, 1935.)

*Harold L. Warner* and *George D. Yeomans* for appellant.
*James B. M. McNally, Michael F. Dee* and *John V. Downey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.